**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Susan Ross Walker, Respondent,

v.

Olivia Ann Marie Walker and Noah Elijah Ryhal Hazy, Defendants,

Of whom Noah Elijah Ryhal Hazy is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000428

———————

Appeal From Horry County
W. Greg Seigler, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-393
Submitted November 14, 2024 – Filed November 22, 2024

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Tonya P. Watkins, of Conway, as Guardian ad Litem for Appellant.

Heather Michelle Cannon, of Heather M. Cannon, LLC, of Conway, for Respondent.

Barbara Wilson Pratt, of Conway, as Guardian ad Litem for the minor child.

---

**PER CURIAM:**  Noah Elijah Ryhal Hazy appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2024).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Hazy's counsel.

**AFFIRMED.**[1]

**WILLIAMS, C.J., and MCDONALD and TURNER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.